UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRAVON LEON FREEMAN,

           Plaintiff,

    v.

TAMMY FOSS, et al.,

           Defendants.

Case No. 19-cv-02594-HSG

**ORDER OF DISMISSAL**

In a notice dated May 14, 2019, the Clerk of the Court informed Plaintiff that his *in forma pauperis* application was deficient. ECF No. 4. The Clerk of the Court instructed Plaintiff to file a complete *in forma pauperis* application within twenty-eight days or his action would be dismissed. *Id.* More than twenty-eight days have passed, and Plaintiff has not filed the necessary documents or otherwise communicated with the Court. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Because this dismissal is without prejudice, Plaintiff may move to reopen the action. Any such motion **must** contain a complete *in forma pauperis* application, or full payment for the $350.00 filing fee. The Clerk shall terminate all pending motions, enter judgment and close the file.

    **IT IS SO ORDERED.**

Dated: 7/16/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge