UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVON LEON FREEMAN, | Case No. 19-cv-02594-HSG |
| Plaintiff, | **JUDGMENT** |
| v. | |
| TAMMY FOSS, et al., | |
| Defendants. | |

Pursuant to the Order of Dismissal, this action is DISMISSED WITHOUT PREJUDICE. Judgment is entered in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 7/16/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge