UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVON LEON FREEMAN,<br>　　　　Plaintiff,<br>　v.<br>TAMMY FOSS, et al.,<br>　　　　Defendants. | Case No. 19-cv-05467-HSG<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

Plaintiff, a prisoner at Kern Valley State Prison, has filed a complaint pursuant to 42 U.S.C. § 1983. In the complaint, he alleges that prison officials at Salinas Valley State Prison ("SVSP") where he was previously housed were deliberately indifferent to his safety, failed to protect him, and subjected to cruel and unusual punishment in violation of the Eighth Amendment when they failed to protect him from assault by other inmates on November 29, 2018. *See* Dkt. No. 1. This complaint makes the same allegations as Plaintiff's other action, 19-cv-02594 HSG, *Freeman v. Foss, et al.* ("*Freeman I*"). *See Freeman I*, Dkt. No. 1. Accordingly, the Court directs the Clerk of the Court to administratively close this case as filed in error. The pleadings filed in this case, as well as a copy of this order, shall be docketed in 19-cv-02594 HSG, *Freeman v. Foss, et al.*

**IT IS SO ORDERED.**

Dated: 9/5/2019

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge