UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRAVON LEON FREEMAN,

Plaintiff,

v.

TAMMY FOSS, et al.,

Defendants.

Case No. 19-cv-02594-HSG

**ORDER DENYING PENDING MOTIONS AS MOOT**

Re: Dkt. Nos. 11, 12

The Court has administratively closed this case. Dkt. No. 9. All pending motions are denied as MOOT. Dkt. Nos. 11 and 12.

This order terminates Dkt. Nos. 11 and 12.

**IT IS SO ORDERED.**

Dated: 10/7/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge