UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVON LEON FREEMAN,<br><br>Plaintiff,<br><br>v.<br><br>TAMMY FOSS, et al.,<br><br>Defendants. | Case No. 19-cv-05467-HSG<br><br>**ORDER DIRECTING CLERK TO FILE DOCUMENTS IN CASE NO. 19-CV-2594 HSG**<br><br>Re: Dkt. Nos. 8, 9 |

On September 5, 2019, the Clerk of the Court administratively closed this case as opened in error because the complaint filed in this case made the same allegations as the complaint filed in Plaintiff's other action, 19-cv-02594 HSG, *Freeman v. Foss, et al*. Dkt. No. 6. Plaintiff has filed a motion for leave to proceed *in forma pauperis* with this case number, Dkt. No. 8, and also filed a letter with this Court, Dkt. No. 9. Both pleadings were docketed in this action. This case is closed, and these pleadings relate to the proceedings in *Freeman I*. The Clerk of the Court is directed to docket Dkt. Nos. 8 and 9, as well as a copy of this order, in 19-cv-02594 HSG, *Freeman v. Foss, et al.* This case was administratively closed as opened in error because it raised claims that were already raised in 19-cv-02594. Accordingly, if plaintiff seeks relief with respect to the claims raised in this action, he should seek relief in Case No. 19-cv-02594, which raises the same claims as raised in this action. This case remains closed and no further pleadings will be accepted in this case.

**IT IS SO ORDERED.**

Dated: 11/26/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge