UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVON LEON FREEMAN, <br> Plaintiff, <br> v. <br> TAMMY FOSS, et al., <br> Defendants. | Case No. 19-cv-02594-HSG <br><br> **ORDER GRANTING REQUEST TO REOPEN CASE; VACATING ORDER OF DISMISSAL AND JUDGMENT; AND REOPENING CASE** <br><br> Re: Dkt. No. 10 |

On July 16, 2019, the Court dismissed this action without prejudice for failure to comply with the Court's order to either pay the filing fee or file a complete *in forma pauperis* application. Dkt. No. 6. That same day, the Court entered judgment in favor of defendants. Dkt. No. 7. Plaintiff has filed an amended complaint, Dkt. No. 10, and two requests for leave to proceed in forma pauperis, Dkt. Nos. 11, 18. The Court construes the amended complaint as both an amended complaint and a request to reopen this case. Plaintiff's request to reopen the case is GRANTED. Dkt. No. 10. The Order of Dismissal and Judgment (Dkt. Nos. 6 and 7) are VACATED and this case is REOPENED. The Court will screen the amended complaint in a separate order.

**IT IS SO ORDERED.**

Dated: December 26, 2019

HAYWOOD S. GILLIAM, JR.
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVON LEON FREEMAN,<br>　　　　Plaintiff,<br>　　v.<br>TAMMY FOSS, et al.,<br>　　　　Defendants. | Case No. 19-cv-02594-HSG<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on December 26, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Travon Leon Freeman
Kern Valley State Prison
G-36842   B#102L
PO Box 5102
Delano, CA 93216

Dated: December 26, 2019

　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　Nikki D. Riley, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable HAYWOOD S. GILLIAM, JR.