UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRAVON LEON FREEMAN,

    Plaintiff,

v.

TAMMY FOSS, et al.,

    Defendants.

Case No. 19-cv-02594-HSG

**ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE**

Plaintiff, an inmate at California State Prison – Corcoran, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On January 4, 2021, the Court revoked Plaintiff's *in forma pauperis* status pursuant to the three-strikes provision of 28 U.S.C. § 1915(g), and ordered Plaintiff to pay the $400 filing and administrative fee in full by February 1, 2021, or face dismissal of this action. Dkt. No. 49. The deadline to pay the filing fee in full has passed, and Plaintiff has not paid the filing fee. Accordingly, this action is DISMISSED without prejudice to re-filing upon payment of the full filing fee. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: 2/5/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge