UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVON LEON FREEMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TAMMY FOSS, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-02594-HSG<br><br>**JUDGMENT** |

　　This action is DISMISSED without prejudice for failure to pay the filing fee.  The Clerk shall enter judgment in favor of Defendants and against Plaintiff.

　　**IT IS SO ORDERED AND ADJUDGED.**

Dated: 2/10/2021

　　　　　　　　　　　　　　　　　　　　　／s／ Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge